JOHN NILSSON, Respondent, v. DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY, Appellant.— Motion for stay denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

P. CALTABELLOTTA Co., INC., Appellant, v. JAMES F. HICKMAN and Others, Respondents.— Motion to extend time to serve case on appeal denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

JOSIAH J. RUSSELL and Others, etc., Appellants, v. NOSTRAND ATHLETIC CLUB, INC., Respondent.— Motion to suspend operation of injunction denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

JOHN J. SHANNON, Respondent, v. KALMIA CORPORATION and Another, Appellants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

WILLIAM AVRUTIS, Respondent, v. HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

HARRY BERMAN, Respondent, v. SOPHIA LINETSKY, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

FRED C. COCHEU, Individually and on Behalf of Syndicate, Respondent, v. JOHN J. ALLEN, Trustee, and Individually, Appellant.— Order modified so as to confine defendant's examination to his participation in the formation of the syndicate, set forth in the complaint, and as to the properties described in the complaint taken in his name, and as to whether any such properties have been sold, and as so modified affirmed, with ten dollars costs and disbursements. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

COMMERCIAL CLEANING & DYEING Co., INC., Respondent, v. JOSEPH FRAGOLA and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of MADELINE DOMINICK, Respondent, v. FREDERICK LALJER, Appellant.— Order of filiation of the Court of Special Sessions affirmed, with costs. Order denying motion for new trial affirmed, without costs. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

JULIA G. DEVINE, Appellant, v. MAURICE C. DEVINE, Respondent.— Orders reversed upon the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. We think the delay of plaintiff in making this motion was satisfactorily explained in her affidavits presented on the motion to renew. Kelly, P. J., Jaycox, Manning and Young, JJ., concur; Kapper, J., dissents and votes to affirm on the ground that plaintiff's failure to proceed with the trial of her action for the long period of time since its commencement shows such a lack of merit as justified the denial of her motion.

JOSEPH ENGELMAN, Appellant, v. DAVID SIEGEL and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelley, P. J., Jaycox, Manning, Young and Kapper, JJ.